The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOMESITE INSURANCE COMPANY, a Wisconsin stock insurance corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH M. ZAJAC, a Washington resident; SUSAN P. ZAJAC, a Washington resident; THE JOSEPH M. ZAJAC AND SUSAN P. ZAJAC TRUST DATED APRIL 12, 2017, a Washington trust, WILLIAM FELDMANN, a Washington resident, and JANET FELDMANN, a Washington resident,<br><br>Defendants. | NO. 2:19-cv-01034 TSZ<br><br>**STIPULATED MOTION AND ORDER FOR LEAVE TO AMEND COMPLAINT** |

## I. STIPULATED MOTION

The parties hereto, Plaintiff Homesite Insurance Company (hereinafter "Homesite), Defendants Joseph M. Zajac, Susan P. Zajac, and the Joseph M. Zajac and Susan P. Zajac Trust Dated April 12, 2017 (collectively the "Zajacs"), and Defendants William Feldmann and Janet Feldmann (collectively the "Feldmanns") by and through their undersigned counsel of record, submit this Stipulated Motion for Leave to permit Homesite to file its First Amended Complaint. As required by LCR 15, the proposed Amended Complaint is attached hereto as **Exhibit 1**.

This is an insurance coverage dispute between Homesite and the Zajacs for claims arising out of alleged misrepresentations made by the Zajacs in connection with the sale of real property to the Feldmanns. On or about March 14, 2019, the Feldmanns filed a complaint against the

STIPULATED MOTION AND ORDER FOR LEAVE TO AMEND
COMPLAINT - 1
(2:19-cv-01034 TSZ)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6971685.1

Zajacs in King County Superior Court, captioned as *William and Janet Feldmann v. Joseph M. and Susan P. Zajac and The Joseph M. Zajac and Susan P. Zajac Trust Dated April 12, 2017*, Case No. 19-2-07340-3 SEA (hereinafter "Underlying Lawsuit"). In the Underlying Lawsuit, the Feldmanns allege that the Zajacs failed to disclose material facts regarding the property on the Property Disclosure Form and asserted claims against the Zajacs for negligent misrepresentation, fraudulent misrepresentation, and unjust enrichment.

Homesite filed this action on July 3, 2019, seeking a declaratory judgment from this Court that there is no coverage under the Zajacs' homeowner's insurance policy for any claims asserted against them in the Underlying Lawsuit. The Feldmanns then filed an amended complaint in the Underlying Lawsuit on September 20, 2019, to add a cause of action for fraudulent concealment against the Zajacs. Accordingly, Homesite would like to amend its complaint in the present lawsuit to add the newly alleged claim in the Underlying Lawsuit of fraudulent concealment to the claims for declaratory judgment in this lawsuit.

It is hereby stipulated by and between the parties, that Homesite may file the attached Amended Complaint.

DATED this 12th day of December, 2019.

| | |
|---|---|
| *s/ Eliot M. Harris*<br>Eliot M. Harris, WSBA No. 36590<br>*s/ Erin J. Varriano*<br>Erin J. Varriano, WSBA No. 40572<br>**WILLIAMS, KASTNER & GIBBS PLLC**<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Phone: (206) 628-6600<br>Email: eharris@williamskastner.com<br>　　　　evarriano@williamskastner.com<br><br>*Attorneys for Plaintiff*<br>*Homesite Insurance Company of the Midwest* | *s/ James D. McBride*<br>James D. McBride, WSBA #1603<br>**JAMES D. MCBRIDE PS**<br>11525 Carnation Duvall Road NE<br>Carnation, WA 99014<br>Tel:　(206) 999-2325<br>Email: mcbridelawyer@icloud.com<br><br>*Attorney for Defendants*<br>*Joseph M. Zajac and The Joseph M. Zajac an Susan P. Zajac Trust Dated April 12, 2017* |

STIPULATED MOTION AND ORDER FOR LEAVE TO AMEND COMPLAINT - 2
(2:19-cv-01034 TSZ)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6971685.1

| | |
|---|---|
| *s/ Dave von Beck* | *s/ Stephan Wakefield* |
| Dave von Beck, WSBA #26166 | Stephan Wakefield, WSBA #22762 |
| *s/ Katie J. Comstock* | *s/ John T. Yip* |
| Katie J. Comstock, WSBA #40637 | John T. Yip, WSBA #46597 |
| **LEVY VON BECK COMSTOCK, P.S.** | **HECKER WAKEFIELD & FEILBERG, PS** |
| 1200 Fifth Avenue, Suite 1850 | 321 First Avenue West |
| Seattle, WA 98101 | Seattle, WA 98119 |
| Tel: (206) 626-5444 | Phone: (206) 447-1900 |
| Email: dmvonbeck@levy-law.com | Email: stephanw@heckerwakefield.com |
| katie@levy-law.com | johny@heckerwakefield.com |

*Attorneys for Defendant
Susan P. Zajac*

*Attorneys for Defendants
Janet & William Feldmann*

---

STIPULATED MOTION AND ORDER FOR LEAVE TO AMEND COMPLAINT - 3
(2:19-cv-01034 TSZ)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6971685.1

# ORDER

Pursuant to the parties' stipulation, docket no. 17:

1. Plaintiff, Homesite Insurance Company, is granted leave to amend its complaint;

2. Plaintiff's First Amended Complaint shall be filed with the Court within three (3) days upon entry of this order; and

3. Defendants will have fourteen (14) days from the filing of Plaintiff's First Amended Complaint to answer or otherwise respond.

DATED this 13th day of December, 2019.

Thomas S. Zilly
United States District Judge

**PRESENTED BY:**

*s/ Eliot M. Harris*
Eliot M. Harris, WSBA No. 36590
*s/ Erin J. Varriano*
Erin J. Varriano, WSBA No. 40572
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Phone: (206) 628-6600
Email:  eharris@williamskastner.com
            evarriano@williamskastner.com

*Attorneys for Plaintiff*
*Homesite Insurance Company of the Midwest*

STIPULATED MOTION AND ORDER FOR LEAVE TO AMEND COMPLAINT - 4
(2:19-cv-01034 TSZ)

6971685.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

| | |
|---|---|
| 1 | *s/ James D. McBride*<br>James D. McBride, WSBA #1603 |
| 2 | **JAMES D. MCBRIDE PS**<br>11525 Carnation Duvall Road NE |
| 3 | Carnation, WA 99014<br>Tel: (206) 999-2325 |
| 4 | Email: mcbridelawyer@icloud.com |
| 5 | *Attorney for Defendants*<br>*Joseph M. Zajac and The Joseph M. Zajac* |
| 6 | *and Susan P. Zajac Trust Dated April 12,*<br>*2017* |
| 7 | |
| 8 | *s/ Dave von Beck*<br>Dave von Beck, WSBA #26166 |
| 9 | *s/ Katie J. Comstock*<br>Katie J. Comstock, WSBA #40637 |
| 10 | **LEVY VON BECK COMSTOCK, P.S.**<br>1200 Fifth Avenue, Suite 1850 |
| 11 | Seattle, WA 98101<br>Tel: (206) 626-5444 |
| 12 | Email: dmvonbeck@levy-law.com<br>katie@levy-law.com |
| 13 | *Attorneys for Defendant* |
| 14 | *Susan P. Zajac* |
| 15 | *s/ Stephan Wakefield*<br>Stephan Wakefield, WSBA #22762 |
| 16 | *s/ John T. Yip*<br>John T. Yip, WSBA #46597 |
| 17 | **HECKER WAKEFIELD & FEILBERG, PS** |
| 18 | 321 First Avenue West |
| 19 | Seattle, WA 98119<br>Phone: (206) 447-1900 |
| 20 | Email: stephanw@heckerwakefield.com<br>johny@heckerwakefield.com |
| 21 | |
| 22 | *Attorneys for Defendants*<br>*Janet & William Feldmann* |

STIPULATED MOTION AND ORDER FOR LEAVE TO AMEND
COMPLAINT - 5
(2:19-cv-01034 TSZ)

6971685.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600