1

The Honorable Thomas S. Zilly

2

3

4

5

6                                    UNITED STATES DISTRICT COURT
                                    WESTERN DISTRICT OF WASHINGTON
7                                              AT SEATTLE

8    HOMESITE INSURANCE COMPANY, a              NO. 2:19-cv-01034 TSZ
     Wisconsin stock insurance corporation,
9                                               **STIPULATED MOTION AND**
                   Plaintiff,                   **ORDER FOR LEAVE TO FILE**
10                                              **SECOND AMENDED COMPLAINT**
            v.
11
     JOSEPH M. ZAJAC, a Washington resident;
12   SUSAN P. ZAJAC, a Washington resident; THE
     JOSEPH M. ZAJAC AND SUSAN P. ZAJAC
13   TRUST DATED APRIL 12, 2017, a Washington
     trust, WILLIAM FELDMANN, a Washington
14   resident, and JANET FELDMANN, a
     Washington resident,
15
                   Defendants.
16

17                        **I.      STIPULATED MOTION**

18         The parties hereto, Plaintiff Homesite Insurance Company (hereinafter "Homesite),

19   Defendants Joseph M. Zajac, Susan P. Zajac (collectively the "Zajacs"), and the Joseph M. Zajac

20   and Susan P. Zajac Trust Dated April 12, 2017 (the "Trust"), and Defendants William Feldmann

21   and Janet Feldmann (collectively the "Feldmanns"), by and through their undersigned counsel of

22   record, submit this Stipulated Motion for Leave to permit Homesite to file its Second Amended

23   Complaint.  As required by LCR 15, the proposed Second Amended Complaint is attached

24   hereto as **Exhibit 1**.

25         This is an insurance coverage dispute between Homesite and the Zajacs for claims arising

26   out of alleged misrepresentations made by the Zajacs in connection with the sale of real property

STIPULATED MOTION AND ORDER FOR LEAVE TO FILE            **Williams, Kastner & Gibbs PLLC**
SECOND AMENDED COMPLAINT - 1                             601 Union Street, Suite 4100
(2:19-cv-01034 TSZ)                                      Seattle, Washington 98101-2380
                                                         (206) 628-6600

7086074.1

1    to the Feldmanns.  On or about March 14, 2019, the Feldmanns filed a complaint against the

2    Zajacs in King County Superior Court, captioned as *William and Janet Feldmann v. Joseph M.*

3    *and Susan P. Zajac and The Joseph M. Zajac and Susan P. Zajac Trust Dated April 12, 2017,*

4    Case No. 19-2-07340-3 SEA (hereinafter "Underlying Lawsuit").  In the Underlying Lawsuit,

5    the Feldmanns allege that the Zajacs failed to disclose material facts regarding the property on

6    the Property Disclosure Form and asserted claims against the Zajacs and the Trust for negligent

7    misrepresentation, fraudulent misrepresentation, and unjust enrichment.

8          Homesite filed this action on July 3, 2019, seeking a declaratory judgment from this

9    Court that there is no coverage under the Zajacs' homeowner's insurance policy for any claims

10   asserted against them in the Underlying Lawsuit.  The Feldmanns then filed an amended

11   complaint in the Underlying Lawsuit on September 20, 2019, to add a cause of action for

12   fraudulent concealment against the Zajacs.  Homesite amended its complaint in the present

13   lawsuit to add the newly alleged claim in the Underlying Lawsuit of fraudulent concealment to

14   the claims for declaratory judgment in this lawsuit.

15         Defendant Susan Zajac answered Homesite's Second Amended Complaint and asserted

16   counterclaims against Homesite alleging that Homesite breached the insurance contract and

17   violated RCW 48.30.015, by failing to assign separate defense counsel for the Trust.[1]

18   Accordingly, Homesite seeks to amend its complaint to add a claim for declaratory judgment on

19   the issue of whether the Trust and its trustees are "an Insured" under the Policy and entitled to

20   defense and indemnity coverage for the alleged damages sought by the Feldmanns in the

21   Underlying Lawsuit.

22   \\

23   \\

24   \\

25   \\

26

---

[1] Dkt. 20 at 16-17.

STIPULATED MOTION AND ORDER FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT - 2
(2:19-cv-01034 TSZ)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7086074.1

1    It is hereby stipulated by and between the parties, that Homesite may file the attached

2  Second Amended Complaint.

3       DATED this 30th day of April, 2020.

4

5  s/ Eliot M. Harris                                       s/ James D. McBride
   Eliot M. Harris, WSBA No. 36590              James D. McBride, WSBA #1603
6  s/ Erin J. Varriano                                     **JAMES D. MCBRIDE PS**
   Erin J. Varriano, WSBA No. 40572             11525 Carnation Duvall Road NE
7  **WILLIAMS, KASTNER & GIBBS PLLC**     Carnation, WA 99014
   601 Union Street, Suite 4100                      Tel:    (206) 999-2325
8  Seattle, WA 98101-2380                             Email: mcbridelawyer@icloud.com
   Phone: (206) 628-6600
9  Email:  eharris@williamskastner.com         *Attorney for Defendants Joseph M. Zajac*
                evarriano@williamskastner.com    *and The Joseph M. Zajac and Susan P.*
10                                                            *Zajac Trust Dated April 12, 2017*

11 *Attorneys for Plaintiff Homesite Insurance*
   *Company of the Midwest*

12
                                                             s/ Dave von Beck
13                                                           Dave von Beck, WSBA #26166
                                                             *s/ Katie J. Comstock*
14                                                           Katie J. Comstock, WSBA #40637
                                                             **LEVY VON BECK COMSTOCK, P.S.**
15                                                           1200 Fifth Avenue, Suite 1850
                                                             Seattle, WA 98101
16                                                           Tel:    (206) 626-5444
                                                             Email: dmvonbeck@levy-law.com
17                                                                      katie@levy-law.com

18                                                           *Attorneys for Defendant Susan P. Zajac*

19
                                                             s/ Stephan Wakefield
20                                                           Stephan Wakefield, WSBA #22762
                                                             John T. Yip, WSBA #46597
21                                                           **HECKER WAKEFIELD & FEILBERG,**
                                                             **PS**
22                                                           321 First Avenue West
                                                             Seattle, WA 98119
23                                                           Phone:   (206) 447-1900
                                                             Email:   stephanw@heckerwakefield.com
24                                                                      johny@heckerwakefield.com

25

26                                                           *Attorneys for Defendants*
                                                             *Janet & William Feldmann*

STIPULATED MOTION AND ORDER FOR LEAVE TO FILE          **Williams, Kastner & Gibbs PLLC**
SECOND AMENDED COMPLAINT - 3                            601 Union Street, Suite 4100
(2:19-cv-01034 TSZ)                                    Seattle, Washington 98101-2380
                                                       (206) 628-6600

7086074.1

**ORDER**

The parties' Stipulated Motion for Leave to File Second Amended Complaint, docket no. 22, is GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.   Plaintiff, Homesite Insurance Company, is granted leave to amend its complaint;

2.   Plaintiff's Second Amended Complaint shall be filed with the Court within three (3) days after entry of this order; and

3.   Defendants will have fourteen (14) days from the filing of Plaintiff's Second Amended Complaint to provide their answers or otherwise respond.

DATED this 1st day of May, 2020.

_____
Thomas S. Zilly
United States District Judge

**PRESENTED BY:**

*s/ Eliot M. Harris*
Eliot M. Harris, WSBA No. 36590
*s/ Erin J. Varriano*
Erin J. Varriano, WSBA No. 40572
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Phone: (206) 628-6600
Email:  eharris@williamskastner.com
            evarriano@williamskastner.com

*Attorneys for Plaintiff*
*Homesite Insurance Company of the Midwest*

STIPULATED MOTION AND ORDER FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT - 4
(2:19-cv-01034 TSZ)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7086074.1

1

*s/ James D. McBride*
James D. McBride, WSBA #1603
**JAMES D. MCBRIDE PS**
11525 Carnation Duvall Road NE
Carnation, WA 99014
Tel:     (206) 999-2325
Email: mcbridelawyer@icloud.com

2

3

4

5

*Attorney for Defendants Joseph M. Zajac and The*
*Joseph M. Zajac and Susan P. Zajac Trust Dated*
*April 12, 2017*

6

7

8

*s/ Dave von Beck*
Dave von Beck, WSBA #26166
*s/ Katie J. Comstock*
Katie J. Comstock, WSBA #40637
**LEVY VON BECK COMSTOCK, P.S.**
1200 Fifth Avenue, Suite 1850
Seattle, WA 98101
Tel:     (206) 626-5444
Email: dmvonbeck@levy-law.com
          katie@levy-law.com

9

10

11

12

13

14

*Attorneys for Defendant Susan P. Zajac*

15

*s/ Stephan Wakefield*
Stephan Wakefield, WSBA #22762
John T. Yip, WSBA #46597
**HECKER WAKEFIELD & FEILBERG, PS**
321 First Avenue West
Seattle, WA 98119
Phone:     (206) 447-1900
Email:     stephanw@heckerwakefield.com
          johny@heckerwakefield.com

16

17

18

19

20

21

*Attorneys for Defendants*
*Janet & William Feldmann*

22

23

24

25

26

STIPULATED MOTION AND ORDER FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT - 5
(2:19-cv-01034 TSZ)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7086074.1