UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOMESITE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>JOSEPH M ZAJAC, et al.,<br><br>        Defendants. | C19-1034 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court requests a response to the Defendants Feldmanns' Motion for Reconsideration, docket no. 36. No reply shall be filed unless requested by the Court. Plaintiff is DIRECTED to file a response to the motion for reconsideration on or before noon on Friday, October 2, 2020. The motion for reconsideration is RENOTED to October 2, 2020.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of September, 2020.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1