UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HOMESITE INSURANCE COMPANY,

                Plaintiff,

  v.

JOSEPH M ZAJAC, et al.,

                Defendants.

C19-1034 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    The parties' joint motion to stay litigation pending resolution of the underlying lawsuit in King County Superior Court, docket no. 41, is GRANTED.  The parties shall file a joint status report within 30 days after the conclusion of the trial in or resolution of the underlying lawsuit, or by June 1, 2021, whichever occurs earlier.

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 9th day of October, 2020.

                                                    William M. McCool
                                                    Clerk

                                                    s/Karen Dews
                                                    Deputy Clerk

MINUTE ORDER - 1